598 A.2d 875
STATE OF NEW JERSEY v. EDWARD CRAIG.

May 28, 1991.

Petition for certification granted, and the matter is remanded to the trial court for reconsideration of the sentence in light of *State v. Rogers*, 124 *N.J.* 113, 590 *A.*2d 234 (1991).

598 A.2d 875
RAMIRO SANTA CRUZ v. BOARD OF REVIEW, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY.

June 12, 1991.

The Court having heard this matter after a grant of certification, and counsel for appellant having informed the Court that Ramiro Santa Cruz was granted temporary residence status,

And good cause appearing;

It is ORDERED that the within appeal be and hereby is dismissed as moot.

(See 122 *N.J.* 376, 585 *A.*2d 386).

598 A.2d 875
STATE OF NEW JERSEY v. JANET PILLOT.

June 18, 1991.

Petition for certification granted, limited solely to the issue of the parole-ineligibility term; and it is further

ORDERED that the matter is summarily remanded to the Law Division for clarification of the length of the term of parole-ineligibility.

Jurisdiction is not retained.